UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:23-cv-00534-PTG-WEF |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE, subscriber assigned IP address 173.73.202.143, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT</u>**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 173.73.202.143 ("Defendant"), through Defendant's counsel, Michael Lau, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 14, 2023

Respectfully submitted,

<u>/s/ Dawn M. Sciarrino</u>
Dawn M. Sciarrino, Esq.
The James Law Firm PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(202) 256-9551 (cell)
(202) 217-3929 (fax)
dsciarrino@jmjameslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.